IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH D. SMITH, JR. and DIANE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 1:13-CV-7411 |
| A.W. CHESTERTON COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## AGREED AND STIPULATED MOTION TO DISMISS AS TO DEFENDANT TRANE U.S. INC.

NOW COME the Plaintiffs, KENNETH D. SMITH and DIANE SMITH, and the Defendant, TRANE U.S. INC., by and through their respective counsel, and respectfully move this Honorable Court, pursuant to the attached Stipulation ("Exhibit A"), for the entry of an Order, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), of dismissal without prejudice as to the Defendant, TRANE U.S. INC., only, with the cause and suit to continue as to all other viable Defendants.

WHEREFORE the Plaintiffs, KENNETH D. SMITH and DIANE SMITH, and the Defendant, TRANE U.S. INC., respectfully pray this Honorable Court, pursuant to the Stipulation entered into between the parties, for the entry of an Order dismissing without prejudice the Defendant, TRANE U.S. INC., only.

DATED: April 8, 2014

Respectfully submitted,

H<small>EPLER</small>B<small>ROOM</small> LLC

By: /s/ Michael T. Antikainen
ROBERT H. SANDS                #6257468
MICHAEL T. ANTIKAINEN          #6285652
SCOTT KOONTZ                   #6303742
Attorneys for Defendant, TRANE U.S. INC.
30 North LaSalle, Suite 2900
Chicago, Illinois 60602
Phone: 312-230-9100
hbasb@heplerbroom.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH D. SMITH, JR. and DIANE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 1:13-CV-7411 |
| A.W. CHESTERTON COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 8, 2014, I electronically filed Defendant TRANE U.S. INC.'s Agreed and Stipulated Motion to Dismiss as to Defendant Trane U.S. Inc. with the Clerk of the Court using the ECF system.

                                    HEPLERBROOM LLC

                                    By: /s/ Michael T. Antikainen
                                    ROBERT H. SANDS       #6257468
                                    MICHAEL T. ANTIKAINEN  #6285652
                                    SCOTT KOONTZ        #6303742
                                    Attorneys for Defendant, TRANE U.S. INC.
                                    30 North LaSalle, Suite 2900
                                    Chicago, Illinois 60602
                                    Phone:  312-230-9100
                                    hbasb@heplerbroom.com