IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kenneth D. Smith | ) | Case No: **13 C 7411** |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| Chesterton Co. | ) | |

**ORDER**

On stipulation [100] order all claims made by plaintiffs against defendant ITT Corp. are dismissed without prejudice and without costs.

Date:   April  16,  2014

ROBERT W. GETTLEMAN