IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH D. SMITH, JR., and DIANE SMITH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) LAW NO. 13 CV 7411 |
| | ) |
| A.W. CHESTERTON COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Defendant, CERTAINTEED CORPORATION, by and through their respective attorneys, hereby stipulate and agree to dismiss all claims made by Plaintiffs against CERTAINTEED CORPORATION without prejudice and without costs to the parties. This action shall remain pending as to all other parties.

| | |
|---|---|
| /s/ Timothy Martin | /s/ Christopher P. Larson |
| Cooney & Conway | HEYL, ROYSTER, VOELKER & ALLEN |
| 120 North LaSalle Street | 124 S.W. Adams St. Suite 600 |
| 30th Floor | Peoria, IL 61602 |
| Chicago, IL 60602 | Attorney for Defendant CertainTeed Corporation |
| Attorney for Plaintiff | |

**ORDER OF VOLUNTARY DISMISSAL**

Pursuant to the foregoing Stipulation of Voluntary Dismissal, IT IS SO ORDERED that all claims made by Plaintiffs against Defendant CERTAINTEED CORPORATION, are hereby dismissed without prejudice and without costs to the parties. This action remains pending as to all other parties.

Dated: 6/10/2014

IT IS SO ORDERED.

Robert W. Gettleman
United States District Judge