**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH D. SMITH, JR., and DIANE SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | LAW NO.    13 CV 7411 |
| | ) | |
| A.W. CHESTERTON COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant, AIR & LIQUID

SYSTEMS CORPORATION, by and through their respective attorneys, hereby stipulate and agree to dismiss

all claims made by Plaintiffs against AIR & LIQUID SYSTEMS CORPORATION with prejudice and without

costs to the parties. This action shall remain pending as to all other parties.

/s/ Timothy Martin
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
Attorney for Plaintiff

/s/ Tobin J. Taylor
HEYL, ROYSTER, VOELKER & ALLEN
124 S.W. Adams St. Suite 600
Peoria, IL 61602
Attorney for Defendant Air & Liquid Systems
Corporation

**ORDER OF VOLUNTARY DISMISSAL**

Pursuant to the foregoing Stipulation of Voluntary Dismissal, IT IS SO ORDERED that all claims

made by Plaintiffs against Defendant AIR & LIQUID SYSTEMS CORPORATION, are hereby dismissed with

prejudice and without costs to the parties. This action remains pending as to all other parties.

IT IS SO ORDERED.

Dated: _____

_____
Robert W. Gettleman
United States District Judge