13-0721 TGM/lmh                                                                                         Firm ID: 90200

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH D. SMITH, JR and DIANE SMITH, | |
| Plaintiff, | No.   1:13 C 7411 |
| v. | |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL**

COMES NOW the parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree that the above foregoing cause of action of KENNETH D. SMITH, JR., be dismissed without prejudice, as to all viable parties, each party to bear their own costs.

By:   /s/ Timothy G. Martin
Timothy G. Martin
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
P: 312-236-6166
tmartin@cooneyconway.com
*Counsel for Plaintiff William Totten*

By:   /s/ Catherine Carlson
James Kasper
Catherine Carlson
GUNTY & McCARTHY
150 South Wacker, Suite 1025
Chicago, IL 60606
P: 312-541-0022
*Counsel for Defendant Crane Co.*

By: /s/ Michael Antikainen
Michael Antikainen
HEPLERBROOM, LLC
30 North LaSalle Street, Suite 2900
Chicago, IL 60602
P: 312-205-7734
*Counsel for Defendant Ingersoll-Rand Company*

By: /s/ Tobin Taylor
Tobin Taylor
Heidi Ruckman
HEYL ROYSTER VOELKER & ALLEN, P.C.
124 S.W. Adams Street, Suite 600
Peoria, IL 61602
P: 309-676-0400
*Counsel for Defendants H.B. Fuller Company, Union Carbide Corporation, Imo Industries, Inc., and Warren Pumps, Inc.*

By: /s/ J. Yasmin Tayyab
J. Yasmin Tayyab
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr.
Chicago, IL 60601
P: 312-324-1136
*Counsel for Defendant Anderson Greenwood & Co,. Grinnell Corp., and Henry Pratt Co.*

By: /s/ Demetra Arapakis Christos
Demetra Arapakis Christos
Jacob D. Sawyer
FOLEY & MANSFIELD
55 West Monroe Street, Suite 3430
Chicago, IL 60603
P: 312-254-3800
*Counsel for Defendants Armstrong International, Inc., Kelly Moore Paint Co., Inc., and CBS Corp.*

By: /s/ Daniel M. Finer
Daniel M. Finer
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
P: 312-644-4491
*Counsel for Defendants Foster Wheeler Energy Corp. and DAP, Inc.*

By: /s/ Jennifer Geyer
Jennifer Geyer
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
P: 312- 201-2000
*Counsel for Defendant, Flowserve US Inc.*

By: /s/ Michael W. Drumke
Michael W. Drumke
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
P: 312-222-8523
*Counsel for Defendant Georgia Pacific LLC*

By: /s/ Sean Fergus
Sean Fergus
O'CONNELL, TIVIN, MILLER & BURNS, LLC
135 S. LaSalle Street, Suite 2300
Chicago, Illinois 60603
P: 312-256-8800
*Counsel for Defendant John Crane Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record on this 27th day of October, 2014.

                                                        /s/ Timothy G. Martin