# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kenneth D Smith, et al.

                        Plaintiff,

v.                                            Case No.: 1:13–cv–07411
                                                   Honorable Robert W. Gettleman

Crane Co., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 17, 2014:

       MINUTE entry before the Honorable Robert W. Gettleman: This cause is voluntarily dismissed pursuant to FRCP 41(a)(1)(A)(ii) without prejudice. Civil case terminated. Status hearing date of 12/18/2014 is stricken. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.